JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR22-037-RSL |
| Plaintiff, | ) | |
| v. | ) | DEFENSE MEMORANDUM REGARDING PLEA |
| JAQUAN KEON JACKSON, | ) | |
| Defendant. | ) | |

Jaquan Jackson intends to enter a guilty plea on February 28, 2023, before the Honorable Mary Alice Theiler. Because there is no plea agreement, the government previously filed a memorandum setting forth the areas of inquiry to ensure that Mr. Jackson is making a knowing, intelligent, and voluntary decision to enter a guilty plea, and that there is a factual basis to support each essential element of the charged offense. *See* Dkt. 20.

Mr. Jackson respectfully offers a single correction to the government's memorandum. Section 4(h) states that Mr. Jackson will waive the right to appeal any "pretrial rulings." In fact, Mr. Jackson will retain the right to challenge the constitutionality of 18 U.S.C. § 922(g). *See Class v. United States*, 138 S. Ct. 798 (2018) (unconditional plea does not waive the right to challenge the constitutionality of the statute of conviction).

For a factual basis, Mr. Jackson will admit that on February 4, 2022, within the Western District of Washington, he knowingly possessed, in and affecting interstate

DEFENSE MEMORANDUM REGARDING PLEA
(*U.S. v. Jackson*, No. CR22-037-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

commerce, a firearm. Mr. Jackson further will admit that when he possessed the firearm he knew he previously had been convicted of a crime punishable by more than one year, to wit Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g), in case number CR20-096-RSL, on or about May 4, 2021.

DATED this 22nd day of February 2023.

Respectfully submitted,

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Jaquan Jackson

DEFENSE MEMORANDUM REGARDING PLEA
(*U.S. v. Jackson*, No. CR22-037-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**